UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VB CHESANING LLC,

    Plaintiff,

v.

GHS INDUSTRIES, INC., *et al.*,

    Defendants.

Case No. 21-cv-12964
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING DEFENDANTS' MOTIONS TO DISMISS WITHOUT PREJUDICE AS MOOT (ECF Nos. 17, 18)

On December 20, 2021, Plaintiff VB Chesaning LLC filed this action against Defendants GHS Industries, Inc., Advanced Bakery Technology, LLC, and Qualex Manufacturing, LLC. (*See* Compl., ECF No. 1.)  VB alleged, among other things, that Defendants "retained a deposit for, but failed to deliver and install vital hemp processing equipment despite the parties' agreed-upon and time-sensitive deadline of September 2021." (*Id.* at ¶1, PageID.2.)  Defendants thereafter moved to dismiss VB's claims. (*See* Mots., ECF Nos. 17, 18.)

On March 9, 2022, without expressing any view on the merits of the motion to dismiss, the Court entered an order granting VB leave to file a First Amended Complaint in order to remedy the alleged deficiencies in its claims identified by Defendants in their motions to dismiss. (*See* Order, ECF No. 19.)  The Court

informed the parties that if VB decided to file a First Amended Complaint, it would terminate Defendants' initially-filed motions to dismiss without prejudice. (*See id.*)

On March 30, 2022, VB filed a First Amended Complaint. (*See* First Am. Compl., ECF No. 22.) Defendants thereafter filed new motions to dismiss directed at that pleading. (*See* Mots., ECF Nos. 23, 24.) Accordingly, because VB has filed a First Amended Complaint, and Defendants have filed new motions to dismiss, the Court **TERMINATES** Defendants' initial motions to dismiss (ECF Nos. 17, 18) **WITHOUT PREJUDICE AS MOOT**.

    IT IS SO ORDERED.

Dated: May 12, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 12, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126