UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VB CHESANING LLC, d/b/a
High Life Farms,

    Plaintiff,

v.

    Case No. 21-cv-12964
    Hon. Matthew F. Leitman

GHS INDUSTRIES, INC., et al.,

    Defendants.

_____/

**ORDER GRANTING DEFENDANT ADVANTECH BAKERY TECHNOLOGY, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (ECF No. 24) AND DENYING DEFENDANT GHS INDUSTRIES, INC.'S MOTION TO DISMISS (ECF No. 23)**

In this action, Plaintiff VB Chesaning LLC alleges that Defendants Advantech Bakery Technology, LLC ("Advantech") and GHS Industries, Inc. ("GHS") failed "to deliver and install vital hemp processing equipment despite the parties' agreed-upon and time-sensitive deadline of September 2021." (Am. Compl., ECF No. 22, PageID.110.) On April 13, 2022, Advantech filed a motion to dismiss on the grounds that, among other things, the Court lacks personal jurisdiction over it (Advantech).[1] (*See* Advantech Mot., ECF No. 24.) On the same day, GHS filed a motion to dismiss for failure to state a claim. (*See* GHS Mot., ECF No. 23.) The

---

[1] Advantech sought dismissal on additional grounds, but the Court does not reach those grounds because it lacks personal jurisdiction over Advantech.

1

Court held an on-the-record hearing on both motions over video conferencing on November 8, 2022. For the reasons stated on the record during the hearing, (1) Advantech's motion to dismiss for lack of personal jurisdiction (ECF No. 24) is **GRANTED**, (2) the claims against Advantech are **DISMISSED WITHOUT PREJUDICE,** and (3) GHS's motion to dismiss (ECF No. 23) is **DENIED**.

  IT IS SO ORDERED.

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: November 9, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 9, 2022, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126