UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VB CHESANING LLC, d/b/a
High Life Farms,

    Plaintiff,                                         Case No. 21-cv-12964
                                                          Hon. Matthew F. Leitman

v.

GHS INDUSTRIES, INC. et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                   s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 9, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 9, 2023, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan
                                                 Case Manager
                                                 (313) 234-5126